# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MILES HOFFMAN, | ) |
| Plaintiff, | ) 2:08-CV-00173-LRH-PAL |
| v. | ) |
| LAS VEGAS VALLEY WATER DISTRICT, a political subdivision of the State of Nevada, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

Plaintiff MILES HOFFMAN and defendant, LAS VEGAS VALLEY WATER

DISTRICT, by and  through their counsel of record, do hereby stipulate and agree to extend the

time for defendant LAS VEGAS VALLEY WATER DISTRICT to file its opposition to

Plaintiff's Motion for Pretrial Summary Adjudication from December 1, 2008 to December 2,

2008.  No prior extension has been granted with regard to this matter.

RESPECTFULLY SUBMITTED this *1ˢᵗ* day of December, 2008.

PICO ROSENBERGER

James R. Rosenberger, Esq.(NV1047)
1916 S. Eastern Avenue
Las Vegas, NV 89104
*Attorneys for Defendant,*
*LAS VEGAS WATER DISTRICT*

Jeffrey Fisher, Esq. (NV3059)
515 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff,*
*MILES HOFFMAN*

1

## __ORDER__

2

IT IS SO ORDERED this 3rd day of December, 2008.

3



4

5

_____

6

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28