UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MILES HOFFMAN,<br><br>　　　　Plaintiff,<br>vs.<br>LAS VEGAS VALLEY WATER DISTRICT, a political subdivision of the State of Nevada,<br><br>　　　　Defendant. | 2:08-cv-00173-LRH-PAL<br><br>**Stipulation and Order to Enlarge Time for Filing of Plaintiff's Reply to Defendant's Opposition to Plaintiff's FRCP 56(d) Motion for Partial Summary Adjudication  (1st Request)** |

　　　　The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

　　　　1.　　There is pending before this Court Plaintiff's FRCP 56(d) Motion for Partial Summary Adjudication  (#14) (Motion). The Motion was filed on November 3, 2008. Defendant's opposition (#16) was filed on December 3, 2008 and plaintiff's reply brief is due for filing on December 17, 2008.

　　　　2.　　The parties wish to extend this deadline by three (3) weeks to January 7, 2009.

　　　　3.　　The reason for this request is that the wife of plaintiff's counsel had surgery on December 15, 2008.

- 1 -

4.  This is the 1st Request to enlarge this deadline.

DATED: December 16, 2008.

JEFFREY E. FISHER, ESQ.<br>
Attorney for Plaintiff<br>
<br>
*/s/ James R. Rosenberger*<br>
JAMES R. ROSENBERGER, ESQ.<br>
Attorney for Defendant

## Order

IT IS SO ORDERED this 22nd day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE