UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| MILES HOFFMAN, | 2:08-cv-00173-LRH-PAL |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Enlarge Time for Filing of (1) Joint Pretrial Order, and (2) Plaintiff's Supplemental Briefing of Summary Judgment Issue (1st Request) |
| LAS VEGAS VALLEY WATER DISTRICT, a political subdivision of the State of Nevada, | |
| Defendant. | |

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On July 8, 2009, this Court issued an Order (# 22) directing that the parties file their Joint Pretrial Order and that plaintiff file his supplemental briefing on the issue of mitigation of damages within forty five (45) days, or by August 24, 2009.

2. The parties now wish to enlarge this time by one (1) week, or until August 31, 2009.

3. The reason for this request is that plaintiff's counsel has been extensively engaged in other matters during the last two weeks. This request

- 1 -

is not opposed by the defendant.

4. This is the <u>1st Request</u> to enlarge these deadlines.

DATED: August 24, 2009.

_____
JEFFREY E. FISHER, ESQ.
Attorney for Plaintiff

_____
JAMES E. ROSENBERGER, ESQ.
Attorney for Defendant

<u>ORDER</u>

IT IS SO ORDERED this 28th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE