**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILES HOFFMAN, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:08-cv-00173-LRH-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAS VEGAS VALLEY WATER DISTRICT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' failure to file a Joint Pretrial Order as required by LR 26-1(e)(5). Pursuant to the Scheduling Order (Dkt. #11) entered June 5, 2008, the parties were instructed that the date for filing the Joint Pretrial Order would be suspended until thirty days after a decision of any pending dispositive motions. The decision (Dkt. #28) on the last dispositive motion was entered July 1, 2010. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., September 21, 2010**. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 9th day of September, 2010.

Peggy A. Leen
United States Magistrate Judge