UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MILES HOFFMAN,                          )       CASE NO. 2:08-cv-0173-LRH(PAL)
                                        )
        Plaintiff,                      )       ORDER
                                        )
                                        )   ┌──────────────────────────────────────┐
vs.                                     )   │ ___ FILED           ___ RECEIVED      │
                                        )   │ ___ ENTERED         ___ SERVED ON     │
                                        )   │      COUNSEL/PARTIES OF RECORD        │
LAS VEGAS VALLEY WATER                  )   │   ┌──────────────────────────────┐   │
DISTRICT,                               )   │   │                              │   │
                                        )   │   │        SEP  2 3 2010          │   │
        Defendant.                      )   │   │                              │   │
                                        )   │   └──────────────────────────────┘   │
────────────────────────────────       )   │      CLERK US DISTRICT COURT          │
                                            │         DISTRICT OF NEVADA            │
                                            │ BY: _____ DEPUTY      │
                                            └──────────────────────────────────────┘

This case is currently scheduled for trial on the stacked calendar of <u>March 29,   2011.</u>

    IT IS ORDERED that this case is referred to The Honorable  Peggy A. Leen for the purpose
of conducting a settlement conference.

    DATED this <u>22nd</u> day of <u>September</u>         , 2010.


                                        _____
                                        LARRY R. HICKS
                                        U.S. DISTRICT JUDGE