# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MILES HOFFMAN, | ) |
| Plaintiff, | ) Case No. 2:08-cv-00173-LRH-PAL |
| vs. | ) **ORDER** |
| LAS VEGAS VALLEY WATER DISTRICT, | ) |
| Defendant. | ) |

Before the court is a letter request dated January 19, 2011, from counsel for the Defendant requesting an exception to the attendance requirement in the court's order scheduling a settlement conference. The settlement conference is scheduled for January 26, 2011, at 1:30 p.m. The Las Vegas Valley Water District has a self-insured retention of $100,000.00, and a liability insurance policy with Chartis Insurance. The insurance company representative is located in New York City, and Defendant requests an exception to the court's requirement that the insurance representative be personally present. Defense counsel represents that Plaintiff has not made a demand, although the Defendant has made an offer for a sum well below the Defendant's self-insured retention. Defense counsel left two messages with Plaintiff's counsel within the last week and sent correspondence dated January 14, 2011, requesting a demand, but has not received a response.

Based on these representations, and for good cause shown,

**IT IS ORDERED** Defendant's request for an exception to the attendance requirement is granted, and Defendant's insurance representative need not be personally present. However,

///
///
///

1 | Defendant's insurance representative, Jered Vetramo, shall be available telephonically for the duration
2 | of the settlement conference.

     Dated this 19th day of January, 2011.

_____
Peggy A. Leen
United States Magistrate Judge