1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILES HOFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, a political subdivision of the State of Nevada,<br><br>    Defendant. | Case No.: 08-CV-0173<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action against Defendant, LAS VEGAS VALLEY WATER DISTRICT be dismissed with prejudice. Each party is bear its own fees and costs.

DATED this 30 day of March, 2011.

PICO ROSENBERGER

_____           _____
James R. Rosenberger, Esq.              Jeffrey Fisher, Esq.
1916 S. Eastern Avenue                  515 South Third Street
Las Vegas, NV 89104                     Las Vegas, Nevada 89101
*Attorneys for Defendant,*              *Attorneys for Plaintiff,*
*LAS VEGAS WATER DISTRICT*              *MILES HOFFMAN*

**ORDER**

Upon agreement of the parties to this action, the Court hereby ORDERS that above-

entitled action against the Defendant, LAS VEGAS VALLEY WATER DISTRICT be dismissed with prejudice. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

DATED this 16th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE